## (January 26, 1971)

In the Matter of CHARLES W. MCNALLY, JR., an Infant, by CHARLES W. MCNALLY, His Father, et al., Respondents, v. PATRICIA R. MOSBACHER et al., Appellants, et al., Defendant.—

Accordingly, I would deny the application in its entirety.